IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEONA LARGO,**

    Plaintiff,

v.   Case No. 1:21-cv-00734-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    Defendant.

### STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 20). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until June 3, 2022, to file her Motion to Reverse or Remand, Defendant shall have until August 5, 2022, to file a Response, and Plaintiff shall have until August 20, 2022, to file a Reply.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Leona Largo*

APPROVED BY:

*Approved Via Email on 5/4/2022*

Manuel Lucero
Assistant U.S. Attorney for the District of New Mexico
U.S. Attorney's Office for the District of NM
P.O. Box 607
Albuquerque, NM 87102
United States
P (505) 346-7274
manny.lucero@usdoj.gov

And

*Approved Via Email on 5/4/2022*

Marc Thayne Warner
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
United States
P (303) 844-7237
thayne.warner@ssa.gov
*Attorneys for Defendant*

2