IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEONA LARGO,**
        **Plaintiff,**

vs.                                             CIV NO. 1:21-00734-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner Social Security,**
        **Defendant.**

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated this 18th day of August 2022.

                                                      BY THE COURT:

                                                      _____
                                                      HONORABLE STEPHAN M. VIDMAR
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SUBMITTED AND APPROVED BY:

*Electronically submitted August 18, 2022*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved August 18, 2022*
BENJAMIN DECKER
Attorney for Plaintiff